IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:97CR94 |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES K. MAYHEW, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

    IT IS ORDERED that defendant's motion for return of property (Filing No. 990) is scheduled for hearing on **April 19, 2007, at 11:00 a.m.**, Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  **The defendant may participate telephonically in the hearing by notifying chambers at least 24 hours beforehand of the telephone number at which he can be reached.**

    DATED this 6th day of April, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge