IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:97CR94 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CHARLES K. MAYHEW, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes on to consider the defendant's Motion for Return of Property (Filing No. 990) and defendant's Response regarding Order on Motion (Filing No. 998) . Having considered the matter,

IT IS ORDERED that:

(1) A hearing on the defendant's Motion for Return of Property is scheduled before the undersigned United States district judge on **June 11, 2007, at 1:00 p.m.** in Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska;

(2) **The Marshal is directed not to return the defendant to the district; and**

(3) The defendant will appear by telephone.

DATED this 29th day of May, 2007.

BY THE COURT:

s/Joseph F. Bataillon
United States District Judge